UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                               CASE NO: 8:98-cr-228-T-35AAS

**ELRICK BERNARD WYNN**

_____

### ORDER

This cause comes before the Court upon periodic review. A review of the case docket reveals that Warrants were issued on June 16, 1998, and again on March 17, 2000, as to Defendant **ELRICK BERNARD WYNN**, due to the filing of an initial Indictment and a Superseding Indictment. (Dkts. 4 & 488) As of the date of this Order, the arrest warrants have yet to be executed. No substantive activity has occurred in the case in regard to Defendant **ELRICK BERNARD WYNN** since the issuance of the warrant on March 17, 2000.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**. The Government may reopen this matter once the fugitive defendant has been apprehended.

2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The Defendant is to remain in fugitive status.

**DONE and ORDERED** in Tampa, Florida, this 14th day of September, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service